## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN District of Texas

Case Number: 4:18-CV-2233

Plaintiff:
**LIFESTYLES UNLIMITED, INC.**

vs.

Defendant:
**STEPHEN DAVIS**

Received these papers on the 13th day of July, 2018 at 12:40 pm to be served on **STEPHEN DAVIS, 20426 APACHE LAKE DR., KATY, TX 77449**.

I, Steve Palmer PSC 12407 Exp 12-31-19, do hereby affirm that on the **13th day of July, 2018** at **2:10 pm**, I:

**SUBSTITUTE** served by personally delivering a true copy of the **SUMMONS AND PLAINTIFF LIFESTYLES' UNLIMITED, INC.'S COMPLAINT AND DEMAND FOR JURY TRIAL, ORDER FOR CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES, REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT** with the date and hour of service endorsed thereon by me, to: **JOSIE DAVIS** as **WIFE** at the address of: **20426 APACHE LAKE DR., KATY, TX 77449**, the within named person's usual place of **Abode**, who resides therein, who is sixteen (18) years of age or older and informed said person of the contents therein, in compliance with state statutes.

"My name is _Steve Palmer_ (First, Last), my date of birth is _11/29/1962_, and my address is _3143 Waters View Dr, Sugarland TX 77478_ (Street, City, State, Zip Code), and _Ft Bend_ (County). I declare under penalty of perjury that the foregoing is true and correct. Executed in _Ft Bend_ (County), State of _Texas_, on the _13th_ Day of _July_, 20_18_.
_____ declarant."

**Steve Palmer PSC 12407 Exp 12-31-19**
Process Server

Our Job Serial Number: BBW-2018004880

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2p